1  Susan St. Vincent
2  Legal Officer
   NATIONAL PARK SERVICE
3  Legal Office
   P.O. Box 517
4  Yosemite, California 95389
   Telephone: (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>GWEN M. SAMAT,<br><br>    Defendant. | No. 6:16-mj-0059-MJS<br><br>**MOTION TO DISMISS; AND ORDER THEREON** |

    The defendant having met all conditions of the Deferred Prosecution Agreement entered into with the Government, the United States hereby moves the Court for an order of dismissal pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of the Court endorsed hereon.

Dated: November 20, 2017        /S/ Susan St. Vincent
                                              Susan St. Vincent
                                              Legal Officer
                                              Yosemite National Park

## **ORDER**

Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED that the above referenced matter, *United States v. Samat 6:16-mj-0059-MJS*, be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated: __November 21, 2017__   /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE